# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MICHELLE RIOS**

**VERSUS**

**GRIFOLS BIOMAT USA**

**CIVIL ACTION**

**NO. 18-814-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 29, 2019, to which no objection was filed;

**IT IS ORDERED** that Defendant's Rule 12(b)(6) Motion to Dismiss (R. Doc. 12) is GRANTED, and the claims of Plaintiff against Grifols Biomat USA are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff is ordered to file an amended complaint within 21 days of the Court's ruling to the extent Plaintiff wishes to cure the deficiencies outlined above. Should Plaintiff decline to file an amended complaint, her claims will be dismissed with prejudice.

**IT IS FURTHER ORDERED** that Grifols Biomat USA is replaced by Biomat USA, Inc. as a defendant in this action, and that the Clerk of Court is directed to reflect this change on the docket sheet.

Signed in Baton Rouge, Louisiana, on September 17, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**