UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MICHELLE RIOS**

**VERSUS**

**GRIFOLS BIOMAT USA**

**CIVIL ACTION**

**NO. 18-814-JWD-RLB**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 17, 2020 (Doc. 65), to which an objection was filed (Doc. 66);

**IT IS ORDERED** that Defendant's Renewed Rule 12(b)(6) Motion to Dismiss Plaintiff's Amended and Second Amended Complaints (R. Doc. 60) is GRANTED in part and DENIED in part and that Plaintiff's claims pursuant to Title VII of the Civil Rights Act of 1964, and her parallel claims under the Louisiana Employment Discrimination Law, La. R.S. 23:301, are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted, as more fully set forth herein.

Signed in Baton Rouge, Louisiana, on August 19, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**